UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BRIAN JONES, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> MARTIN O'MALLEY, ) </br> Acting Commissioner of Social Security, ) </br> ) </br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** </br> **CASE NO. 4:24-CV-57-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on September 25, 2024 [D.E. 15], the court reverses the Commissioner's decision and remands this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This Judgment filed and entered on September 25, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

September 25, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk